## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00080-CMA-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW T. SORENSEN,

    Defendant.

_____

## ORDER
_____

PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on August 21, 2014, it is

ORDERED that Defendant Andrew T. Sorensen, is sentenced to TIME SERVED.

DATED: August 21, 2014

                    BY THE COURT:

                    _____
                    Christine M. Arguello
                    United States District Judge